No. 155, Misc. DAVIS *v.* NEW YORK. C. A. 2d Cir. Certiorari denied. *Jack Greenberg, Michael Meltsner, Melvyn Zarr,* and *Anthony G. Amsterdam* for petitioner.

No. 163, Misc. STEWART *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 164, Misc. MOORE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 165, Misc. BELK *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 166, Misc. ROWLES *v.* MYERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 167, Misc. JENKINS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Sam Adam* for petitioner.

No. 169, Misc. DAVIS *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 170, Misc. LUTCHIN *v.* COUNTY COURT OF OUTAGAMIE COUNTY ET AL. Sup. Ct. Wis. Certiorari denied. *Robert E. Henke* for petitioner.

No. 171, Misc. BAGBY *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 173, Misc. GERARDI *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.